# IN THE SUPREME COURT OF THE STATE OF NEVADA

NICHOLAS JAMES AMATRONE,
                    Appellant,
            vs.
STATE FARM FIRE AND CASUALTY;
STATE FARM INSURANCE AGENCY;
GREGORY A. MOORE; DOUGLAS
WOOD; ROBIN SINGER; BELFOR
RESTORATION; AND WILLIAMS
ELECTRICS,
                    Respondents.

No. 76880

**FILED**

OCT 05 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order granting a motion to lift stay and regarding show cause hearing. Eighth Judicial District Court, Clark County; Gloria Sturman, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *See Brown v. MHC Stagecoach*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013). No statute or court rule provides for an appeal from an order granting a motion to lift stay and regarding a show cause hearing. *Cf. Brunzell Constr. Co. v. Harrah's Club*, 81 Nev. 414, 404 P.2d 902 (1965) ("An order granting or denying a stay of proceedings is not among [the list of statutorily appealable

determinations].").  Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.[1]

_____ , J.
Pickering

_____ , J.
Gibbons

_____ , J.
Hardesty

cc:     Hon. Gloria Sturman, District Judge
        Nicholas James Amatrone
        Armstrong Teasdale, LLP/Las Vegas
        Kravitz, Schnitzer & Johnson, Chtd.
        Clark Hill PLLC
        Eighth District Court Clerk

---

[1]Given this dismissal, respondent's motion to dismiss this appeal is denied as moot.